UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,

                 Plaintiff,

v.

K. JONES, *et al.,*

                 Defendants.

Case No. 25-12718
Honorable Thomas L. Ludington
Magistrate Judge Elizabeth A. Stafford

---

**ORDER ON PLAINTIFF'S
MOTIONS FOR SERVICE BY U.S. MARSHAL
(ECF NOS. 27 & 34)**

---

Plaintiff Gregory Hardy, proceeding pro se and in forma pauperis, sues defendants under 42 U.S.C. § 1983 and § 1985. The Honorable Thomas L. Ludington referred the matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 15. Hardy sues 14 defendants in his second amended complaint. ECF No. 24. But in a January 2026 report and recommendation (R&R), this Court recommended the sua sponte dismissal of the claims against all defendants except Jessie Irkhe, Brennan Glazier, Christina Arthur, and Caleb Mills. ECF No. 32.

1

After Hardy filed his second amended complaint, he moved for service on defendants by the U.S. Marshal, to have summonses issued/reissued, and to extend the time for service, if needed.  ECF No. 27; ECF No. 34.  The defendants who this Court recommended remain in this case, Irkhe, Glazier, Arthur, and Mills, have not yet been served.  Thus, the Court **GRANTS** Hardy's motion, as to those four defendants, and **ORDERS** that he complete and, **by March 3, 2026**,  present to the Clerk's Office the following documents: 1) four copies of the second amended complaint (ECF No. 24); 2) two USM 285 forms for each defendant (eight total); and 3) three summonses for each defendant (12 total).

The Court also **ORDERS** that the Clerk process this case for service upon receipt of the properly completed documents listed above; and that the U.S. Marshal serve a copy of the operative complaint, summons, and this order on each of the four defendants without prepayment of the usual costs for such service.

Finally, the Court **ORDERS** Hardy to file with the Court signed U.S. Postal Service Certified Mail receipts (PS Form 3811 green card) to show proof of service of process on each defendant after service is completed.

The Court **DENIES WITHOUT PREJUDICE** Hardy's request for service as to the other defendants.

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: February 17, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 17, 2026.

s/Davon Allen
DAVON ALLEN
Case Manager

3