UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,

Plaintiff,

v.

K. JONES, *et al.*,

Defendants.

Case No. 25-12718
Honorable Robert J. White
Magistrate Judge Elizabeth A. Stafford

**ORDER STRIKING PLAINTIFF'S REPLY BRIEF
AND GIVING ANOTHER WARNING OF SANCTIONS
(ECF NO. 54)**

Plaintiff Gregory Hardy, proceeding pro se and in forma pauperis, sues defendants under 42 U.S.C. § 1983 and § 1985.  This matter has been referred to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 15; ECF No. 45.

This is one of three of Hardy's recent cases that were referred to the undersigned for pretrial proceedings.  *Hardy v. Whitaker* was involuntarily dismissed under Federal Rule of Civil Procedure 41(b), and Hardy was enjoined from filing future actions in this district, on this Court's recommendation.  *Hardy v. Whitaker*, ___ F.R.D. ___, 2026 WL 575225, at

1

*11 (E.D. Mich. Mar. 2, 2026).  Those sanctions were imposed because Hardy had wasted the resources of the Court and opposing counsel by flooding the docket with frivolous motions and failing to follow court rules and orders.  *Id.*  This Court has also recommended that Hardy's complaint in *Hardy v. Genesse Cnty. Cmty. Action Res. Dep't,* be involuntarily dismissed because Hardy has wasted the resources of the Court and defendants by continuing to file frivolous motions and unauthorized documents without regard to court rules or prior orders.  Case No. 24-cv-11190, ECF No. 95, PageID.927-932, 938-940.  And Hardy' improper conduct, that he has been repeatedly warned about, includes exceeding the seven-page limit for reply briefs.  *Id*., PageID.929-930.

This Court has also warned Hardy in this case that the Court "will recommend that sanctions that include involuntary dismissal of this case be imposed" if he continues to file improper documents.  ECF No.46, PageID.444.  Yet Hardy filed a 12-page reply brief in support of his motion for leave to file a third amended complaint—without seeking leave to do so. ECF No. 54.

As Hardy is aware, Local Rule 7.1(d)(3) provides that the "text of a reply brief, including footnotes and signatures, may not exceed 7 pages." Hardy did not seek leave to file an oversize brief.  Thus, the Court

**STRIKES** Hardy's improper reply brief from the docket and again **WARNS** him that this Court will recommend that sanctions be imposed, including the involuntary dismissal of his complaint, if he continues to file improper documents or engage in other misconduct.

<u>s/Elizabeth A. Stafford</u>
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 5, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to

3

their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 5, 2026.

<u>s/Caitlin Shrum</u>
CAITLIN SHRUM
Case Manager