UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HARDY,<br><br>Plaintiff,<br><br>v.<br><br>K. JONES, *et al.*,<br><br>Defendants. | Case No. 25-12718<br>Honorable Michael C. Martin<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER STRIKING PLAINTIFF'S IMPROPER FILINGS (ECF NOS. 92, 93)**

Plaintiff Gregory Hardy sues under 42 U.S.C. § 1983. The Honorable Michael C. Martin referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 78. The Court has recommended that this case be involuntarily dismissed under Rule 41(b) for Hardy's endless disregard for court rules and orders. ECF No. 86.

Once again, the Court strikes two of Hardy's improper filings. Federal Rule of Civil Procedure 7(a) authorizes parties to file various pleadings, limited to: a complaint; an answer to a complaint; an answer to a counterclaim; an answer to a crossclaim; a third-party complaint; an answer to a third-party complaint; or, if the court orders one, a reply to an answer. Parties may also file motions that "state with particularity the grounds for

seeking" a court order. Fed. R. Civ. P. 7(b). And the Court's local rules permit parties to file responses and replies to motions. E.D. Mich. LR 7.1(d).

Hardy filed a "Second Judicial Notice Regarding Motion for Disqualification and Recusal" of the undersigned without seeking leave to do so. ECF No. 92. Hardy also filed a "Supplemental Notice" in support of that same filing, again without leave. ECF No. 93. Because these documents are not motions or other filings authorized under Rule 7 or the local rules, the Court **STRIKES** them.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: November 5, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling**

**remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. L.R. 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 5, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager